EXHIBIT "10"



**CITY OF WHITE PLAINS**

Department of Finance
255 Main Street
White Plains, NY 10601
Tel: (914) 422-1239 Fax (914) 422-1273

JOYCE MUNERA
10 MEADOW WAY
WHITE PLAINS, NY 10605

HEALTH CARE
PREMIUM CONTRIBUTION
INVOICE

**Date:** June 14, 2013

**Account:** 80442

**Period:** 07/01/2013 – 09/30/2013

**Payment Due:** July 10, 2013

| DESCRIPTION | AMOUNT |
|---|---|
| Balance Forward – 07/01/2013 | 0.00 |
| Billing – 07/01/2013 through 09/30/2013 | 427.18 |
| Payment Received | 0.00 |
| TOTAL | $427.18 |

*pd online 6/15/13*

Please make check payable to *City of White Plains*, write account number *80442* on your check, and send your payment by the due date to: **City of White Plains, Department of Finance, 255 Main Street, White Plains, NY 10601.**

**CITY OF WHITE PLAINS**

Department of Finance
255 Main Street
White Plains, NY 10601
Tel: (914) 422-1239 Fax (914) 422-1273

JOYCE MUNERA
10 MEADOW WAY
WHITE PLAINS, NY 10605

HEALTH CARE
PREMIUM CONTRIBUTION
INVOICE

**Date:** March 14, 2014

**Account:** 80442

**Period:** 04/01/2014 – 06/30/2014

**Payment Due:** April 10, 2014

| DESCRIPTION | AMOUNT |
|---|---|
| Balance Forward – 07/01/2013 | 0.00 |
| Billing – 07/01/2013 through 09/30/2013 | 427.18 |
| Payment Received | (427.18) |
| Billing – 10/01//2013 through 12/31/2013 | 427.18 |
| Payment Received | (427.18) |
| Billing – 01/01/2014 through 03/31/2014 | 444.91 |
| Payment Received | (444.91) |
| Billing – 04/01/2014 through 06/30/2014 | 444.91 |
| Payment Received | 0.00 |
| TOTAL | $444.91 |

*JM 3/18/14*
*On1/-*

Please make check payable to *City of White Plains,* write account number *80442* on your check, and send your payment by the due date to: City of White Plains, Department of Finance, 255 Main Street, White Plains, NY 10601.

**CITY OF WHITE PLAINS**

Department of Finance
255 Main Street
White Plains, NY 10601
Tel: (914) 422-1239 Fax (914) 422-1273

**HEALTH CARE PREMIUM CONTRIBUTION INVOICE**

Date: December 16, 2013

Account: 80442

JOYCE MUNERA
10 MEADOW WAY
WHITE PLAINS, NY 10605

Period: 01/01/2014 – 03/31/2014

Payment Due: January 10, 2014

| DESCRIPTION | AMOUNT |
|---|---|
| Balance Forward – 07/01/2013 | 0.00 |
| Billing – 07/01/2013 through 09/30/2013 | 427.18 |
| Payment Received | (427.18) |
| Billing – 10/01//2013 through 12/31/2013 | 427.18 |
| Payment Received | (427.18) |
| Billing – 01/04/2014 through 03/31/2014* | 444.91 |
| Payment Received | 0.00 |

*Changes in premium rates are based on plan contract renewals effective January 1, 2014

| | |
|---|---|
| TOTAL | $444.91 |

Please make check payable to *City of White Plains*, write account number *80442* on your check, and send your payment by the due date to: **City of White Plains, Department of Finance, 255 Main Street, White Plains, NY 10601.**